HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
PABLO VELASQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PABLO VELASQUEZ,<br><br>Defendant. | Case No. 1:19-mj-00197-SAB<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER<br><br>DATE: March 19, 2020<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Stanley A. Boone |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Special Assistant United States Attorney William Taylor, counsel for plaintiff, and Assistant Federal Defender Matthew Lemke, counsel for defendant Pablo Velasquez, that the status conference currently scheduled for March 19, 2020, may be continued to April 16, 2020, at 10:00 a.m. The parties request this short extension in order to obtain documents relevant to the license violation allegation.

//

//

//

//

//

//

|   |   |
|---|---|
|   | Respectfully submitted,<br>HEATHER E. WILLIAMS<br><br>Federal Defender |
| Date: March 16, 2020 | */s/ Matthew Lemke*<br>MATTHEW LEMKE<br>Assistant Federal Defender<br>Attorney for Defendant<br>PABLO VELASQUEZ |
|   | MCGREGOR W. SCOTT<br>United States Attorney |
| Date: March 16, 2020 | */s/ William Taylor*<br>WILLIAM TAYLOR<br>Special Assistant United States Attorney<br>Attorney for Plaintiff |

**O R D E R**

Based on a showing of good cause, the Court hereby orders that the status conference currently scheduled for March 19, 2020, is continued to April 16, 2020, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **March 16, 2020**

UNITED STATES MAGISTRATE JUDGE