1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,              Case No. 1:19-mj-00197-SAB

12                Plaintiff,                  ORDER SETTING BRIEFING SCHEDULE
                                             AND DENYING STAY OF TERM OF
13         vs.                               INCARCERATION PENDING RESOLUTION
                                             OF MOTION WITHOUT PREJUDICE
14    PABLO VELASQUEZ JR.,
                                             (ECF No. 20)
15                Defendant.

16

17          On June 25, 2020, Defendant Pablo Velasquez, Jr. admitted to count two of the

18    complaint, Driving Without a Valid License in violation of 36 C.F.R. § 4.2 and Cal. Veh. Code §

19    12500(a); and was sentenced, as relevant here, to fifteen days of custody, and he was ordered to

20    self-surrender on October 2, 2020.  (ECF No. 15.)  On September 28, 2020, a stipulation was

21    filed to modify Defendant's self-surrender date from October 2, 2020 to January 8, 2021.  (ECF

22    No. 18.)  The stipulation was granted in part, and Defendant was ordered to self-surrender on

23    November 6, 2020, at 10:00 am with consecutive weekends to be served for a total of 15 days.  (AR

24    19.)  On November 3, 2020, a stipulation was filed seeking a briefing schedule for Defendant to file a

25    motion pursuant to 18 U.S.C. 18 U.S.C. § 3582(c), in part, based on his medical condition.

26    Defendant also seeks a stay of his term of imprisonment pending a ruling on the motion.

27          The Court shall grant the request to set a briefing schedule, but the request to stay

28    imposition of the sentence shall be denied without prejudice.  Other than a vague assertion

regarding medical conditions and that he is at great risk, Defendant has not presented any evidence in the current motion that he is at an increased risk of contracting COVID-19 and, at this time, the situation in Fresno County has significantly improved.  The county has moved to a lower tier with restaurants allowed to resume indoor dining and gyms and recreational facilities reopening and schools beginning to have students return to campus.  As this Court previously discussed in the October 1, 2020 order, it is highly probable that the situation will worsen as we move into the flu season and with the approach of the holidays as families beginning to gather.

Further, the order at issue here was filed on October 1, 2020, and no motion appealing the decision has been filed.  Defendant was aware of the impending self-surrender date for over a month with ample opportunity to address the issue, to develop the record on the issue raised, and present a motion to revise the terms of probation that could be timely ruled on prior to the self-surrender date.  Yet, Defendant waited until three days prior to the deadline to self-surrender and then set the motion filing deadline past the self-surrender date and the hearing on the motion past the time initially requested to self-surrender which appears to be an attempt to avoid the order that he self-surrender prior to January 2021.

For these reasons, the Court denies the request to stay the imposition of Defendant's term of imprisonment without prejudice.  Also, if counsel wants to revise the schedule, the court will entertain that schedule.

Accordingly, IT IS HEREBY ORDERED that:

1.      Defendant's request to stay the imposition of his imprisonment pending his filing a motion pursuant to 18 U.S.C. § 3582(c) is DENIED WITHOUT PREJUDICE;

2.      The request for a briefing schedule for a motion pursuant to 18 U.S.C. § 3582(c) is GRANTED;

      a.      Defendant shall file his opening brief on or before **November 20, 2020**;

      b.      The Government's responsive pleading shall be filed on or before **December 4, 2020**;

      c.      Defendant's reply, if any, shall be filed on or before **December 18, 2020**; and

1        d.    A hearing on the motion is set for January 21, 2021, at 10:00 a.m. in

2    Courtroom 9 before Magistrate Judge Stanley A. Boone.

3

4    IT IS SO ORDERED.

5    Dated:  __**November 4, 2020**__

6                              UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28