1   HEATHER E. WILLIAMS, CA SBN #122664
    Federal Defender
2   MATTHEW LEMKE, D.C. Bar #1023347
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, CA  93721-2226
    Telephone: (559) 487-5561
5   Fax: (559) 487-5950

6   Attorney for Defendant
    PABLO VELASQUEZ
7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              District Court Case No. 1:20-cr-00203-DAD
                                           (Magistrate Case No. 1:19-mj-00197-SAB)
12            Plaintiff-Appellee,
                                           APPELLANT'S MOTION TO WITHDRAW
13  vs.                                    APPEAL; ORDER

14  PABLO VELASQUEZ,

15            Defendant-Appellant.

16

17

18          Defendant-Appellant Pablo Velasquez hereby requests to withdraw his appeal.

19          On November 5, 2020, Mr. Velasquez filed a Notice of Appeal, seeking to challenge the

20  Magistrate's denial of the parties' Stipulation to Stay Term of Incarceration Pending Resolution

21  of Motion.  *See* ECF No. 22.  Mr. Velasquez now seeks to withdraw his appeal in this matter.

22  Accordingly, Mr. Velasquez requests that the Court permit him to withdraw his appeal.

23  / /

24  / /

25  / /

26  / /

27  / /

28  / /

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: February 28, 2022          */s/ Matthew Lemke*
                                 MATTHEW LEMKE
                                 Assistant Federal Defender
                                 Attorney for Defendant-Appellant
                                 PABLO VELASQUEZ

Date: February 28, 2022          */s/ Pablo Velasquez*
                                 PABLO VELASQUEZ
                                 Defendant-Appellant

1

**<u>ORDER</u>**

2

Pursuant to the motion to withdraw, defendant-appellant Pablo Velasquez's appeal is

3

hereby withdrawn.

4

IT IS SO ORDERED.

5

6

Dated:    **March 2, 2022**

_____

UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28